UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY TUCKER,
                               Plaintiff,

                22 Civ. 3642 (LGS)

         -against-

                ORDER

C.S. BABYLON MARINE, INC.,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated August 4, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference or, if Defendant had not appeared and responded to the Complaint and Plaintiff was unable to contact Defendant by then, directed Plaintiff to move for default judgment (Dkt. No. 12);

       WHEREAS, the initial pretrial conference is scheduled for September 14, 2022;

       WHEREAS, Defendant was served on May 24, 2022;

       WHEREAS, Defendant was required to respond to the Complaint by June 14, 2022;

       WHEREAS, Defendant has not appeared in this case and have not timely responded to the Complaint;

       WHEREAS, on September 6, 2022, Plaintiff filed a proposed clerk's certificate of default and supporting affidavit;

       WHEREAS, on September 6, 2022, the Clerk of Court issued a certificate of Defendant's default;

       WHEREAS, Plaintiff has not filed an order to show cause for default judgment or any supporting papers as required by the Court's Individual Rules.  It is hereby

**ORDERED** that, by **September 16, 2022**, Plaintiff shall file an order to show cause for default judgment and supporting papers as required by the Court's Individual Rules.  Plaintiff is advised that failure to comply with the Court's deadlines may result in sanctions, including dismissal for failure to prosecute.  It is further

**ORDERED** that the initial pretrial conference scheduled for September 14, 2022, is **adjourned sine die**.

New York, New York
Dated: September 12, 2022

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**