UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

| | |
|---|---|
| HENRY TUCKER, | **MOTION FOR DEFAULT JUDGMENT** |
| Plaintiff, | |
| -against- | *Civil Action No.:* 1:22-cv-03642-LGS |
| C.S. BABYLON MARINE, INC., | |
| Defendant. | |

--------------------------------------X

Plaintiff HENRY TUCKER hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant C.S. Babylon Marine, Inc. on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
     September 12, 2022

                                          THE MARKS LAW FIRM

                                          By:_____
                                          Bradly G. Marks
                                          Attorney for Plaintiff
                                          155 E 55th Street, Suite 6A
                                          New York, NY 10022
                                          T:(646) 770-3775
                                          F: (646) 770- 2639
                                          brad@markslawpc.com

To: C.S. Babylon Marine, Inc.
     156 Cedar Lane
     Babylon, NY 11702-4399