UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HENRY TUCKER,                                                                 **MOTION FOR DEFAULT JUDGMENT**

           Plaintiff,

   -against-                                                                                     *Civil Action No.:*
                                                                         1:22-cv-03642-LGS

C.S. BABYLON MARINE, INC.,

           Defendant.

---------------------------------------X

    Plaintiff HENRY TUCKER hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant C.S. Babylon Marine, Inc. on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
       September 12, 2022

                              THE MARKS LAW FIRM

                         By:_____
                         Bradly G. Marks
                         Attorney for Plaintiff
                         155 E 55th Street, Suite 6A
                         New York, NY 10022
                         T:(646) 770-3775
                         F: (646) 770- 2639
                         brad@markslawpc.com

Application DENIED without prejudice.  By **September 16, 2022**, Plaintiff shall file a proposed order to show cause for default judgment as required by the Court's Individual Rules and shall file a supplemental affidavit addressing Plaintiff's request for damages, as required by part 2(a)(v) of the Default Judgment Procedure in the Court's Individual Rules.

To: C.S. Babylon Marine, Inc.
    156 Cedar Lane
    Babylon, NY 11702-4399

Dated: September 13, 2022
New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE