UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER,<br><br>                Plaintiff,<br>v.<br><br>C.S. BABYLON MARINE, INC.,<br><br>                Defendant | Case No. 1:22-cv-03642-LGS<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HENRY TUCKER, and Defendant, C.S. BABYLON MARINE, INC, by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITHOUT PREJUDICE against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
        March 22, 2023

**THE MARKS LAW FIRM, P.C.**

By_____
Bradly G. Marks, Esq.
155 East 55th, Suite 4H
New York, NY 10022
*Attorneys for Plaintiff*
brad@markslawpc.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

By_____
Matthew J. Fedor, Esq.
Michelle A. Paninopoulos, Esq.
600 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendant*
matthew.fedor@faegredrinker.com
michelle.paninopoulos@faegredrinker.com